IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| V. | § | CR. No. C-07-44 (1) |
| | § | |
| GARY LOUIS PORTER. | § | |

## ORDER TO UNSEAL RE-ARRAIGNMENT HEARING

The Court, after having considered the Government's Motion to Unseal the Re-Arraignment, and finding it to be meritorious, GRANTS said Motion. It is therefore ORDERED that the re-arraignment hearing be unsealed so that it may be transcribed for purposes of appeal. However, the Clerk is ORDERED to coordinate with the transcriber to black out the name and address of the Corpus Christi businessman mentioned in the hearing on any transcripts produced.

After the hearing has been unsealed for purposes of transcription, it shall then be resealed.

It is so ORDERED this 16th day of September, 2008.

_____
Janis Graham Jack
United States District Judge